IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                                                  Case No. 20-30438-KLP

**James Dwight Parham**
**AKA JD Parham and Associates**

       Debtor(s)                                  Chapter 13

## ORDER

THIS CAUSE came upon the Motion for Relief from Stay by Sun West Mortgage Company, Inc. ("Sun West") with respect to the real property in which Sun West holds a valid Deed of Trust at 9100 Hopkins Road Richmond, VA 23237 described as:

> ALL THAT certain lot ot parcel of land lying and being in Dale District of Chesterfield County, Virginia, fronting 100 feet on the western line of New Drewry's Bluff Road, containing one acre, and being described as follows:
>
> Beginning at a point marking the intersection of the northern line of property of Otis Clarke and Joseph T. Trent, Sr., and the western line of said Road and extending southerly there from along the western line of said Road, and fronting thereon, 100 feet, and extending back between parallel lines, the northern line thereof being the northern line of the aforesaid property, said parallel lines being of equal length, a distance sufficient to make one acre.
>
> IT BEING the same property conveyed to Rose Clarke Parham by deed from Rose Clarke Parham and James Parham, her husband, dated July 17, 1962 and recorded September 6, 1962 in Deed Book 688 at page 366 in the Clerk's Office of the Circuit Court for the County of Chesterfield, Virginia.

**It is, therefore**

ORDERED that the Motion for Relief from Stay filed by Sun West is hereby denied without prejudice, Debtor having made the necessary evidentiary showing as to adequate protection and the real property having been found to be necessary for Debtor's reorganization.

The Clerk is directed to forward a copy of this Order to the parties listed on the attached service list.

**KIMBERLY A. CHANDLER, VSB# 47897**
**CHANDLER LAW FIRM**
P.O. Box 17586
Richmond, VA 23226
Office: (804) 353-1971
Fax: (480) 393-5764

Date: Jul 24 2020

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered on Docket: Jul 24 2020

I ask for this:

/s/ Kimberly A. Chandler
Kimberly A. Chandler, VSB# 47897
CHANDLER LAW FIRM
P.O. Box 17586
Richmond, VA 23226
Office: (804) 353-1971
Fax: (480) 393-5764

Seen and objected to:

/s/Daniel K. Eisenhauer
Daniel K. Eisenhauer, VSB# 85242
Orlans PC
P.O. Box 2548
Leesburg, VA 20177

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that a true copy of the foregoing order has been either endorsed by all necessary parties and/or was served via electronic mail or mailed via first class mail, postage pre-paid, to all necessary parties set forth in the certificate of service filed with the Motion.

/s/ Kimberly A. Chandler
Kimberly A. Chandler, VSB# 47897

**KIMBERLY A. CHANDLER, VSB# 47897**
**CHANDLER LAW FIRM**
P.O. Box 17586
Richmond, VA 23226
Office: (804) 353-1971
Fax: (480) 393-5764

## Parties to Receive Copies

Chandler Law Firm
P.O. Box 17586
Richmond, Virginia 23226

Daniel K. Eisenhauer, Counsel for Sun West
Orlans PC
P.O. Box 2548
Leesburg, VA 20177

Carl M. Bates, Trustee
P. O. Box 1819
Richmond, Virginia 23218-1819

James Dwight Parham
9100 Hopkins road
Richmond, VA 23237

**KIMBERLY A. CHANDLER, VSB# 47897**
**CHANDLER LAW FIRM**
P.O. Box 17586
Richmond, VA  23226
Office:  (804) 353-1971
Fax:  (480) 393-5764